IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: FACUNDO CAMPOS<br>KARLA D. CAMPOS<br><br>DEBTOR(S) | §<br>§<br>§<br>§<br>§ | CASE NO: 08-34876-H1-4<br><br><br>CHAPTER 13 |

---

**CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND ELIGIBILITY FOR DISCHARGE UNDER THE BANKRUPTCY ABUSE PREVENTION AND CONSUMER PROTECTION ACT OF 2005**

---

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**THE CHAPTER 13 TRUSTEE DAVID G. PEAKE**, represents that each of the debtor (s) have attended a meeting of creditors, submitted to an examination under oath and have made all payments to the Chapter 13 Trustee as required by the Order Confirming the Chapter 13 Plan.

Pursuant to 11 U.S.C. **§**1328 (a), the debtor (s) is eligible for a discharge if the debtor (s) has met all the conditions stated therein.

The Trustee's Final Report and Account will be submitted when all payments to creditors on behalf of the debtor (s) have cleared the account and the accounting is completed. The Trustee requests the case remain open pending the filing of the Trustee's Final Report and Account.


Date: 7/31/2013                                                            Respectfully Submitted,


                                                                           /s/  David G. Peake
                                                                           David G. Peake, Trustee
                                                                           Admissions I.D. #3857
                                                                           9660 Hillcroft, Ste 430
                                                                           Houston, TX  77096
                                                                           713-283-5400

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: FACUNDO CAMPOS<br>KARLA D. CAMPOS<br><br>DEBTOR(S) | §<br>§<br>§<br>§<br>§ | CASE NO: 08-34876-H1-4<br><br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a true and correct copy of this CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION AND ELIGIBILITY FOR DISCHARGE by regular United States mail, postage prepaid to the debtor (s), the debtors attorney and the United States Trustee on July 31, 2013.


FACUNDO CAMPOS
KARLA D. CAMPOS
19807 OAK BRIAR DRIVE
HUMBLE,  TX  77346


FEALY LAW FIRM PC
VICKY M FEALY
1235 NORTH LOOP WEST STE 1005
HOUSTON,  TX  77008-1759